# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **BRANDON LOVE,**  *Plaintiff,*  v.  **FEDERAL BUREAU OF INVESTIGATION,** *et al.*,  *Defendants.* | **CIVIL ACTION NO. 5:24-cv-00010-TES-CHW** |

## ORDER OF DISMISSAL

Plaintiff Brandon Love, a prisoner in Macon State Prison in Oglethorpe, Georgia, filed a 42 U.S.C. § 1983 Complaint [Doc. 1] and a Motion for Leave to Proceed *in Forma Pauperis* [Doc. 2]. However, he failed to file a certified copy of his trust fund account statement—a requirement of 28 U.S.C. § 1915(a)(2). On January 12, 2024, the United States Magistrate Judge ordered Plaintiff to file a certified copy of his trust fund account statement. [Doc. 4]. Plaintiff did not respond, so on February 14, 2024, the magistrate judge ordered him to show cause why his case should not be dismissed for failure to follow the January 12 Order. [Doc. 6]. Plaintiff was given fourteen days from the February 14 Order to Show Cause to respond, and he again failed to do so.

Due to Plaintiff's failure to follow court orders and prosecute this action, the Court **DISMISSES** Plaintiff's action **without prejudice**. Fed. R. Civ. P. 41(b); *Brown v.*

*Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 13th day of March, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
