IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRANDON LOVE,     *

        Plaintiff,     *

v.     Case No. 5:24-cv-00010-TES-CHW

        *

FEDERAL BUREAU OF INVESTIGATION, et al.,     *

        Defendant.     *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 13, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 13th day of March, 2024.

        David W. Bunt, Clerk

        s/ Erin Pettigrew, Deputy Clerk